UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD LETSON et al., individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 23-10420<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## JUDGMENT

In accordance with the Court's Opinion and Order entered on February 28, 2024, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiffs.

Dated at Flint, Michigan, this 28th day of February, 2024.

        KINIKIA ESSIX
        CLERK OF THE COURT


        s/Tammy Hallwood
        Deputy Clerk


APPROVED BY:

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

1